Núm. 216. — Montaner, recurrente *v.* Comisión Industrial, dmdada. y Carrillo, peticionario ante la Comisión.—Original.—▊
▊ Marzo 17, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, al celebrarse la vista de este caso en la Comisión Industrial quedaron pendientes de presentarse en evidencia las certificaciones de nacimiento de los peticionarios, hijos de la fenecida beneficiaria Marcela Rivera;

Por cuanto, la referida evidencia era indispensable para determinar el derecho de los peticionarios a sustituir a su madre en el remanente de la compensación que le había sido concedida por la muerte del obrero Gregorio Carrillo Rivera, toda vez que el derecho

de éstos dependía entre otras cosas de no haber cumplido la edad de 15 años en la fecha de la muerte del obrero;

POR CUANTO, sin haberse presentado las referidas certificaciones o en su defecto la prueba secundaria correspondiente, la Comisión Industrial dictó resolución revocando la del Administrador del Seguro del Estado y concediendo lo solicitado por los peticionarios;

POR CUANTO, en tales circunstancias no puede subsistir la resolución recurrida ya que carece de un elemento de prueba indispensable para sostenerla;

POR TANTO, procede declarar con lugar el recurso, dejar sin efecto la resolución recurrida y devolver el caso a la Comisión Industrial de Puerto Rico para que una vez presentada dicha evidencia o en caso de no presentarse dentro del plazo razonable que para ello se conceda, pueda dictar la resolución pertinente de acuerdo con la ley y la evidencia.